**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**JOSH HAYNES**                                                                                          **PLAINTIFF**

**v.**                            **Case No.: 1:12CV00117 KGB**

**KEITH PATE**                                                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith.

IT IS SO ORDERED THIS the 25th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE